DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND SLATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 04-5321 AWI |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| RAYMOND SLATON, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | **Judge: Honorable Anthony W. Ishii** |

Defendant, RAYMOND SLATON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney DAWRENCE RICE, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 23, 2005, this Court sentenced Mr. Slaton to a term of imprisonment of 200 months;

3. His base offense level was 36, his total offense level was

33, his criminal history category was IV, and the resulting guideline range was 188 to 235 months;

4. As a result of the 2008 retroactive crack guideline amendment, Mr. Slaton's base offense was lowered to 32, his total offense level was 31, and with a criminal history category of IV, his resulting guideline range was 151 to 188 months;

5. On July 22, 2008, pursuant to a stipulation of the parties, the Court resentenced Mr. Slaton to a term of 163 months.

6. The sentencing range applicable to Mr. Slaton was subsequently lowered by the United States Sentencing Commission in Amendment 750, made retroactive on June 30, 2011;

7. Mr. Slaton's new base offense level based upon the drug quantity range stipulated to in the plea agreement would be either 34 or 32 under the amended U.S.S.G. Section 2D1.1(c) Drug Quantity Table. The parties have agreed to compromise on a base offense level of 33. His new adjusted offense level would be 30, and with a criminal history category of IV, his new resulting guideline range is 135 to 168 months. With the addition of the 12 months to the low end of the guideline range that has been applied by the Court in the two previous sentencings, the sentence taking into account the factors set forth in 18 U.S.C. § 3553(a) would be 147 months;

8. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Slaton's term of imprisonment to a term of

/ / /

/ / /

/ / /

/ / /

/ / /

147 months.

Dated: December 1, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Dawrence Rice*<br>DAWRENCE RICE<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>RAYMOND SLATON |

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On November 22, 2005, this Court sentenced Mr. Slaton to a term of imprisonment of 200 months. On July 22, 2008, the Court resentenced Mr. Slaton to a term of 163 months. The parties agree, and the Court finds, that Mr. Slaton is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, and reduces the adjusted offense level to 30.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to term of 147 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Slaton shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: _____December 1, 2011_____  _____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE